REAL ESTATE TAXPAYERS ASSOCIATION v.
CITY OF PASSAIC.

June 8, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID WHITTEN.

June 8, 1972. Petition for certification denied.

J. FRANK BROOKS, *ET AL.* v. CITY OF ORANGE, *ET AL.*

June 8, 1972. Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT WACASTER.

June 8, 1972. Petition for certification denied.

IN THE MATTER OF THE ADOPTION OF CHILD BY
P. A. S. *ET UX.*

June 8, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN THOMAS.

June 8, 1972. Petition for certification denied.